**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **XIAOHU ZHAO,** | |
| Plaintiff, | |
| v. | **Civil Action No. 6:23-cv-661** |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** | |
| Defendants. | |

<u>**EXHIBIT 1 – SEALED DOCUMENT**</u>

This document is being filed under seal with a motion for leave to file documents under Seal.  A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.

DATED September 10, 2023.                    Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900


*Counsel for Plaintiff*

2